*Bruce Smith*
*557-6963*

AO 108 (2/90) Application for Seizure Warrant

FILED

08 MAY 28 PM 4:52

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# United States District Court

_____Southern_____ DISTRICT OF_____California_____

In the Matter of the Seizure of
(Address or brief description of the property or premises to be seized)

1998 White Ford Expedition
Bearing California Plates: 6BTN360
VIN: 1FMRU17L8WLB61619

'08 MJ 1690

## APPLICATION AND AFFIDAVIT
## FOR SEIZURE WARRANT

CASE NUMBER:

I _____Jose D. Morales_____ being duly sworn depose and say:

I am a(n) __U.S. Border Patrol Senior Patrol Agent__ and have reason to believe
                    Official Title

that in the _____Southern_____ District of _____California_____,
there is now certain property which is subject to forfeiture to the United States, namely (describe the property to be seized)

1998 White Ford Expedition
Bearing California Plates: 6BTN360
VIN: 1FMRU17L8WLB61619

which is a vehicle/conveyance which was used in the commission of a violation of Title 8, United States Code, Section 1324 (a) (1) (B) and is therefore subject to seizure.

Concerning a violation of Title_____8_____United States Code, Section(s)_____1324 (b)_.
The facts to support a finding of Probable Cause for issuance of a Seizure Warrant are as follows:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof.    ☒ Yes    ☐ No

_____
Signature of Affiant

Sworn to before me and subscribed in my presence

_____5/28/08_____                    at San Diego, California
Date                                  City and State

_____            _____
**JAN M. ADLER**                     Signature of Judicial Officer
Name and Title of Judicial Officer
**U.S. MAGISTRATE JUDGE**

# AFFIDAVIT

**UNITED STATES OF AMERICA** )

)

) **ss**

)

**SOUTHERN JUDICIAL DISTRICT OF CALIFORNIA)**

I, Jose D. Morales, being duly sworn, hereby depose and say:

1.       I am a Senior Patrol Agent with the United States Border Patrol (hereinafter referred to as "USBP")  Department of Homeland Security, Bureau of Customs and Border Protection.  I have been an agent for 5 years and 3 months.   I am currently assigned to the Asset Forfeiture Office for the San Diego Sector USBP.  I make this affidavit based upon information related to me through oral and written reports, which I have reviewed regarding this, and other investigations reported to me directly or indirectly by USBP agents and other law enforcement agents

2.       This affidavit is made in support of a seizure warrant for a 1998 White Ford Expedition bearing California license plate number 4BTN360, vehicle identification number (VIN) 1FMRU17L8WLB61619.  This vehicle was used in the commission of a violation of Title 8, United States Code, Section 1324(a), transportation of undocumented aliens.  This seizure warrant is sought pursuant to Title 8, United States Code, Section 1324(b), and Title 8, Code of Federal Regulations, Section 274.4.

3.       On May 23, 2008, at approximately 7:30 p.m., off-duty USBP Agent Peter A. Daniel, assigned to the San Diego, California Sector Intelligence Division, observed a group of approximately ten to twelve suspected undocumented illegal aliens (hereinafter referred to as "UDAs") emerge from a canyon area located east of Trace Road in Spring Valley, California,

which is located approximately twelve miles north and five miles east of the San Ysidro, California Port of Entry. This area is frequently used by groups of people wishing to circumvent the State Route 94 (hereinafter referred to as "SR-94) USBP Checkpoint in order to further their illegal entry into the United States. SR-94 is located in Jamul, California and is approximately seven miles north of the United States / Mexico international border fence and approximately thirteen miles west of the Tecate, California United States Port of Entry.

4.    The area in which the group was observed is a known route used by UDAs seeking to further their illegal entry into the United States. Due to inclement weather and time of day, USBP Agent Daniel determined that the subjects were not legitimate hikers. The group was comprised of men, women, and young children which is uncommon for pedestrians in the area, but common for large groups of undocumented aliens. The group was walking in a single file line, a common tactic used by smugglers to cover foot sign in an attempt to confuse pursuing agents. Each of the subjects in the group was carrying a large bottle of water, common for undocumented aliens who illegally enter the United States through arduous terrain over prolonged periods of time. The group was dressed inappropriately for local pedestrians in the area. The group appeared muddy and tired, which is common for groups of undocumented aliens walking long distances. Based on these observations and the agent's past experience, Agent Daniel determined the group to be undocumented aliens.

5.    The group proceeded to walk west, paralleling Trace Road until they reached a Forestry gate that led to Jamacha Blvd. The group then concealed themselves on the side of the road. While Agent Daniel telephonically notified the SR-94 USBP Checkpoint of the location of the group, a White Expedition stopped on the shoulder of Jamacha Blvd. and loaded the entire group into the vehicle.

6.    The vehicle proceeded to drive at an accelerated rate of speed towards Jamacha Road. The vehicle was observed running a red light while turning eastbound on Jamacha Road. The vehicle continued to drive erratically and failed to stop at a red light at Campo Rd. At the time of the smuggling event, the road conditions were unsafe for high speed driving due to the constant rainfall throughout the day. The vehicle failed to stop at the following two traffic intersections before making an abrupt southbound turn on Willow Glen Dr. SR-94 USBP Checkpoint was notified of the event but never encountered the load vehicle.

7.    Research conducted on the vehicle revealed that there is a pending Master File record as recent as 05/19/2008. Department of Motor Vehicles database identified the registered owner as Paula Zamora of 10758 Carmel Mountain Road Apt. A, San Diego CA, 92129. This address has been linked to a previous smuggling event which occurred on 02/04/2008 when a smuggling vehicle, driven by recidivist alien Jorge SANCHEZ-Gonzalez (FINS 3159851) was interdicted in Brown Field, California area of responsibility. The White Expedition was registered to recidivist alien Daniel PEREZ-Ortiz (FINS 2266892) at the above listed address. A cursory surveillance operation conducted on 05/25/2008 at 10758 Carmel Mountain Road Apt. A, San Diego, CA located the White Expedition vehicle parked in close proximity to the apartment complex. The vehicle's license plate had been removed.

8.    Your affiant submits that the above-stated facts support the conclusion that the 1998 White Ford Expedition was engaged in the illegal transportation of undocumented aliens, in violation of Title 8, United States Code, Section 1324. Ten to twelve suspected undocumented aliens were reported to USBP agents as they attempted to enter the White Expedition, shortly before the vehicle fled from the area.

Your affiant submits the factual statement herein directly proves the 1998 White Ford Expedition, bearing California license plate number 6BTN360 and vehicle identification number (VIN) 1FMRU17L8WLB61619 and the driver were involved in the illegal smuggling and transportation of undocumented aliens, in violation of, among other things, Title, 8 United States Code, Section 1324. This seizure warrant is sought pursuant to Title 8, United States Code, Section 1324(b), and Title 8 Code of Federal Regulations, Section 274.4.

9.    Based on my experience, I know it is common for traffickers of undocumented aliens to smuggle aliens into this country from Mexico and to transport aliens throughout this district when USBP checkpoints are not operational due to inclement weather. At this time, the White Expedition is at large and could be located most anywhere in the Republic of Mexico or the United States. In my training and experience, it is quite likely the 1998 White Expedition will again be pressed into service as an undocumented alien smuggling and transportation vehicle.

//

//

//

//

//

//

//

//

//

//

10.     Based on the above information and observations, I believe there is probable cause to believe that the 1998 White Expedition, bearing California, license plate number 6BTN360 and vehicle identification number (VIN) 1FMRU17L8WLB61619, is used in the transportation of undocumented aliens in violation of Title 8, United States Code 1324, and is therefore subject to seizure and forfeiture pursuant to Title 8, United States Code, Section 1324 (b), and Title 8, Code of Federal Regulations, Section 274.4.   I request that the seizure warrant be valid 24 hours a day if the vehicle is found in a public place or is encountered while being operated on a public road during the night and early morning hours.

11.     Having signed this affidavit under oath, the affiant states that its contents are true and correct to the best of my knowledge, information and belief.


Dated: May 28, 2008                          By: 

                                        Jose D. Morales, Agent

                                        United States Border Patrol

                                        San Diego Sector


Subscribed and sworn to

before me this ___28th___

day of ___May___,2008.


_____

United States Magistrate Judge

Affidavit in Support of Seizure warrant for a 1998 White Ford Expedition bearing California, license plate number 6BTN360 vehicle identification number (VIN) 1FMRU17L8WLB61619.